IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

_____

MICHAEL ANGELO TAYLOR,

    Plaintiff,

v.                                                           Civil Action No.: 2:12-cv-2205-STA-tmp

LESLIE'S POOLMART, INC.,

    Defendant.
_____

## STIPULATION OF DISMISSAL
_____

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear his or its own costs, fees and expenses.

                                    Respectfully submitted,

*/s/ Michael Angelo Taylor (by permission)*
Michael Angelo Taylor
4401 English Pecan Cove
Memphis, TN  38128
Telephone:  (901) 302-7586

PRO SE PLAINTIFF

*/s/ Matthew G. Gallagher*
Lisa Lichterman Leach (TN Bar No.14486)
Matthew G. Gallagher (TN Bar No. 27242)
LITTLER MENDELSON, P.C.
3725 Champion Hills Drive, Suite 3000
Memphis, Tennessee 38125
Telephone: (901) 795-6695
lleach@littler.com
mgallagher@littler.com

ATTORNEYS FOR DEFENDANT
LESLIE'S POOLMART, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 18th day of February, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF System and forwarded a copy to Pro Se Plaintiff Michael Angelo Taylor at the address below:

Michael Angelo Taylor
4401 English Pecan Cove
Memphis, TN  38128

/s/ *Matthew G. Gallagher*