*UNITED STATES DISTRICT COURT*
# *WESTERN DISTRICT OF TENNESSEE*
# *WESTERN DIVISION*

---

| | |
|---|---|
| **MICHAEL ANGELO TAYLOR** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **LESLIE'S POOLMART, INC.** | **CASE NO: 12-2205-A** |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Of Dismissal entered on February 18, 2014, this cause is hereby dismissed with prejudice.**

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 2/19/2014**                          **THOMAS M. GOULD**
                                             **Clerk of Court**

                                             **s/Terry L. Haley**
                                          **(By)   Deputy Clerk**